UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ASATA D. LOWE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:22-CV-010-CEA-HBG ) |
| MIKE PARRIS and FREDDIE SEAVERS, | ) ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Plaintiff's motion to proceed *in forma pauperis* [Doc. 1] is **DENIED**, and this action is **DISMISSED without prejudice** to Plaintiff prepaying the filing fee, pursuant to 28 U.S.C. 1915(g). As the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*LeAnna R. Wilson*
CLERK OF COURT